IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | § § § § § § § § § § § § § | Civil Action No. 2:17-cv-00534<br><br><br>PATENT CASE<br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, Uniloc USA, Inc. and Uniloc Luxembourg S.A., file this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and state the following:

Uniloc USA, Inc., a Texas corporation, is a privately held corporation and a wholly owned subsidiary of Uniloc Corporation Pty. Limited., an Australian corporation, also a privately held corporation with no parent corporation. Uniloc Luxembourg S.A. is a privately held corporation with no parent corporation.

No publicly held corporation owns ten (10%) percent or more of Uniloc USA, Inc. or Uniloc Luxembourg S.A. stock.

Date: July 12, 2017

Respectfully submitted,

*/s/ Edward R. Nelson III*
Paul J. Hayes (Lead Attorney)
Massachusetts State Bar No. 227000
James J. Foster
Massachusetts State Bar No. 553285
Kevin Gannon
Massachusetts State Bar No. 640931
Dean Bostock
Massachusetts State Bar No. 549747
Robert R. Gilman
Massachusetts State Bar No. 645224
Michael Ercolini
New York State Bar No. 5029905
Aaron Jacobs
Massachusetts State Bar No. 677545
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Fax: (617) 456-8100
Email: pjhayes@princelobel.com
Email: jjfoster@princelobel.com
Email: kgannon@princelobel.com
Email: dbostock@princelobel.com
Email: rgilman@princelobel.com
Email: mercolini@princelobel.com
Email: ajacobs@princelobel.com

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Anthony M. Vecchione
anthony@nelbum.com
Texas State Bar No. 24061270
**NELSON BUMGARDNER PC**
3131 West 7th Street, Suite 300
Fort Worth, TX 76107
Tel: (817) 377-9111
Fax: (817) 377-3485

**ATTORNEYS FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 12, 2017.

                                    */s/ Edward R. Nelson III*
                                    Edward R. Nelson III