Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Neff (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
Shaun Zhang (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com
szhang@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

(Additional counsel listed in signature block)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case Nos.   3:18-cv-00360-WHA<br>3:18-cv-00363-WHA<br>3:18-cv-00365-WHA<br>3:18-cv-00572-WHA<br><br>**DEFENDANT APPLE INC.'S NOTICE OF CONTINUANCE OF HEARING**<br><br>Judge: Hon. William H. Alsup |

**TO THE COURT AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 7-7(a), and subject to the Court's availability, Defendant Apple Inc. ("Apple") hereby continues the hearing on its Motion to Dismiss for Lack of Subject-Matter Jurisdiction (Dkt. No. 135 in lowest-numbered action, 3:18-cv-00360-WHA) to Thursday, December 20, 2018, at 8:00 a.m., Courtroom 12, 19th Floor.  In support thereof, Apple states that no opposition to the motion in question has yet been filed, and this notice is being filed prior to the date on which such opposition would have been due pursuant to Civil L. R. 7-3(a).  *See* Civ. L. R. 7-7(a).

DATED:  November 7, 2018                                    Respectfully submitted,

   /s/ *Michael T. Pieja*
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Jennifer Greenblatt (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Andrew J. Rima (*pro hac vice*)
Emma C. Neff (*pro hac vice*)
Lauren Abendshien (*pro hac vice*)
Shaun Zhang (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Suite 400
Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
jgreenblatt@goldmanismail.com
dwinnard@goldmanismail.com
arima@goldmanismail.com
eross@goldmanismail.com
labendshien@goldmanismail.com
szhang@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974

kbaum@goldmanismail.com

*Attorneys for Defendant*

# PROOF OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT APPLE INC.'S NOTICE OF CONTINUANCE OF HEARING** has been served on November 7, 2018, to all counsel of record who are deemed to have consented to electronic service.

                        */s/ Michael T. Pieja*
                        Michael T. Pieja (CA Bar No. 250351)