James J. Foster
Aaron S. Jacobs (CA No. 214953)
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000
jfoster@princelobel.com
ajacobs@princelobel.com

Matthew D. Vella (CA No. 314548)
mvella@princelobel.com
PRINCE LOBEL TYE LLP
410 Broadway Avenue, Suite 180
Laguna Beach, CA 92651

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.: 3:18-cv-00360-WHA <br> Case No.: 3:18-cv-00363-WHA <br> Case No.: 3:18-cv-00365-WHA <br> Case No.: 3:18-cv-00572-WHA <br><br> **DECLARATION OF JAMES PALMER** <br><br> DATE: Thursday, December 20, 2018 <br> TIME: 8:00 a.m. <br> COURTROOM: 12, 19th Floor <br> JUDGE: Hon. William Alsup |