**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNILOC 2017 LLC; and UNILOC LUXEMBOURG, S.A.,<br><br>       Plaintiffs,<br><br>       v.<br><br>APPLE INC.,<br><br>       Defendant. | Case Nos.  3:18-cv-00360-WHA<br>                    3:18-cv-00363-WHA<br>                    3:18-cv-00365-WHA<br>                    3:18-cv-00572-WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO FILE REDACTED DOCUMENT ON THE PUBLIC DOCKET |

Before the Court is Plaintiffs, Uniloc 2017 LLC and Uniloc Luxembourg, S.A., (collectively, "Uniloc"), Administrative Motion to File Redacted Document on the Public Docket. Having considered the Motion, the Court hereby GRANTS the relief requested by Uniloc.

On January 17, 2019, this Court issued under seal the Order on Motion to Dismiss and Join Party. The same day, the Court issued the Order re Sealing of Order on Motion to Dismiss and Motion to Join Party, which temporarily sealed the Order on Motion to Dismiss and Join Party in its entirety. *See* Dkt. No. 158.[1] Pursuant to Uniloc's current Administrative Motion, the Court hereby ORDERS that the redacted version of the Order on Motion to Dismiss and Join Party submitted by Plaintiffs be entered on the public record. The Court notes, however, that this redacted version may, in the future, be replaced by a less- or un-redacted version, depending upon the outcome of plaintiffs' future actions. *See* Dkt. No. 163.

IT IS SO ORDERED

Dated: May 10, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

---

[1] The instant Ruling applies to all of the above-captioned cases. For the sake of simplicity, all docket citation herein are to Case No. 3:18-cv-00360-WHA.