UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC LUXEMBOURG, S.A.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:18-cv-00363-WHA<br><br>**[PROPOSED] ORDER** |

Before the Court is Plaintiffs' Motion for Dismissal Without Prejudice. Having considered the Motion, the related briefing and any evidence submitted herewith, the Court finds the Motion should be GRANTED.

Dated: August 7, 2019.     By: _____
       Honorable William Alsup
       United States District Judge